ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | Case No. 2:17-cv-00599-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel, having mutually agreed to resolve this matter, hereby stipulate and respectfully request the Court order that this matter, Case Number 2:17-cv-00599-GMN-GWF be dismissed with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated: September 6, 2017                    Dated:  September 6, 2017

Respectfully submitted,                      Respectfully submitted,


*/s/ Whitney C. Wilcher*                     /s/ *Matthew T. Cecil*
WHITNEY C. WILCHER, ESQ.                     ROGER L. GRANDGENETT II, ESQ.
THE WILCHER FIRM                             MATTHEW T. CECIL, ESQ.
                                             LITTLER MENDELSON, P.C.
Attorney for Plaintiff
KEVIN ZIMMERMAN                              Attorneys for Defendant
                                             WAL-MART STORES, INC.


**ORDER**

    **IT IS SO ORDERED.**

Dated: __September 6_____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:149884492.1 080000.1232

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.